# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL,    :    No. 2784 Disciplinary Docket No. 3

           Petitioner

                               :    Nos. 18 & 35 DB 2021

           v.

                               :    Attorney Registration No. 312616

ROBERT CAPTAIN LEITE-YOUNG,

                               :    (Philadelphia)

           Respondent       :

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of April, 2021, the Joint Petition for Emergency Temporary Suspension Under Pa.R.D.E. 208(f) is granted, and Robert Captain Leite-Young is placed on immediate temporary suspension until further definitive action by this Court. *See* Pa.R.D.E. 208(f)(1). It is further provided that:

1. Respondent shall comply with all provisions of Pa.R.D.E. 217;

2. The President Judge of the Court of Common Pleas of Philadelphia County shall enter such orders as may be necessary to protect the rights of Respondent's clients or fiduciary entities with which he is involved, *see* Pa.R.D.E. 217(g); and

3. All financial institutions in which Respondent holds fiduciary funds shall freeze such accounts pending further action.

Respondent's rights to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this Order pursuant to Pa.R.D.E. 208(f)(6) are specifically preserved.

This Order constitutes an imposition of public discipline within the meaning of Pa.R.D.E. 402 pertaining to confidentiality.